

# NUMBER 13-07-00375-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**LAMAR CASTANEDA,** **Appellant,**

**v.**

**GREEN TREE SERVICING LLC,** **Appellee.**

---

### On appeal from the 332nd District Court
### of Hidalgo County, Texas.

---

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Garza
Memorandum Opinion Per Curiam**

Appellant, Lamar Castaneda, attempted to perfect an appeal from an order entered by the 332nd District court of Hidalgo County, Texas, in cause no. C-3034-05-F. Upon review of the documents before the Court, it appeared that the order from which this appeal was taken was not a final appealable order. The Clerk of this Court notified

appellant of this defect so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.1, 42.3. Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this notice, the appeal would be dismissed for want of jurisdiction. Appellant's response to the Court's notice fails to establish that this Court has jurisdiction over the appeal.

On August 8, 2007, the Clerk of this Court further notified appellant that he was delinquent in remitting a $125.00 filing fee due in our Court for the filing of the notice of appeal on June 11, 2007. Appellant had previously been notified that this filing fee was due. The Clerk informed appellant that the appeal was subject to dismissal because appellant had failed to comply with this Court's previous notice regarding the filing fee in this matter, and informed him that the appeal would be dismissed if the filing fee was not paid within 10 days from the date of receipt of this notice. Nevertheless, appellant has failed to pay the required fees as directed by the Clerk of the Court.

The Court, having considered the documents on file, appellant's failure to correct the defect in this matter and his failure to pay required fees, is of the opinion that the appeal should be dismissed. *See id.* Accordingly, the appeal is DISMISSED. *See id.* 42.3(a),(c).

PER CURIAM

Memorandum Opinion delivered and
filed this the 26th day of June, 2008.

2